| | |
|---|---|
| 1 | DAVID R. BURTT, State Bar No. 201220 |
|   | ONGARO BURTT & LOUDERBACK LLP |
| 2 | 595 Market Street, Suite 610 |
|   | San Francisco, CA  94105 |
| 3 | Telephone:  (415) 433-3900 |
|   | Facsimile:  (415) 433-3950 |
| 4 | Email:  dburtt@obllaw.com |
| 5 | Attorneys for Plaintiff |
|   | VIDEO CLARITY, INC. |
| 6 | |
|   | JEFFREY J. CHANG, State Bar No. 136053 |
| 7 | RAFAEL R. PACQUING, State Bar No. 240450 |
|   | JEFFREY J. CHANG & ASSOCIATES |
| 8 | 433 California Street, Suite 810 |
|   | San Francisco, CA  94104 |
| 9 | Telephone:  (415) 788-8811 |
|   | Facsimile:  (415) 391-9781 |
| 10 | Email: jchang@pacificcounsel.com |
|    |            rpacquing@pacificcounsel.com |
| 11 | |
|    | Attorneys for Defendant |
| 12 | HUAYA MICROELECTRONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIDEO CLARITY, INC., | ) | Case No. CV11-1205-MEJ |
|                      | ) | |
|           Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|                      | ) | |
|        v.            | ) | |
|                      | ) | |
| HUAYA MICROELECTRONICS, INC., | ) | |
|                      | ) | |
|           Defendant. | ) | |

   Plaintiff Video Clarity, Inc. and defendant Huaya Microelectronics, Inc. ("Defendant"), by and through their respective attorneys, stipulate as follows:

   1.   WHEREAS all parties to this action stipulate and agree to dismiss the action with prejudice;

---

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. CV11-1205-MEJ

2. IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1); and

3. IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Dated: April 19, 2011        **ONGARO BURTT & LOUDERBACK LLP**

By: /s/ *David R. Burtt*
    David R. Burtt

Attorneys for Plaintiff
VIDEO CLARITY, INC.

Dated: April 19, 2011        **JEFFREY J. CHANG & ASSOCIATES**

By: /s/ *Rafael R. Pacquing*
    Rafael R. Pacquing

Attorneys for Defendant
HUAYA MICROELECTRONICS, INC.

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on April 15, 2011, I, David R. Burtt, received the concurrence of Rafael Pacquing in the filing of this document.

/s/ *David R. Burtt*
David R. Burtt

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 20, 2011

HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. CV11- 1205-MEJ